1  JOSEPH P. RUSSONIELLO (CSBN 44332)
   United States Attorney
2  JOANN M. SWANSON (CSBN 88143)
   Chief, Civil Division
3  MELANIE L. PROCTOR (CSBN 228971)
   Melanie.Proctor@usdoj.gov
4  Assistant United States Attorney

5     450 Golden Gate Avenue, Box 36055
      San Francisco, California 94102-3495
6     Telephone: (415) 436-6730
      FAX: (415) 436-6927
7
   Attorneys for Defendants
8
                    UNITED STATES DISTRICT COURT
9
                   NORTHERN DISTRICT OF CALIFORNIA
10
                          SAN JOSE DIVISION
11

12 KEIKHOSROW FIROOZBAKHSH,              )
                                         )  No. C 08-0485 JW
13                         Plaintiff,    )
                                         )
14       v.                              )
                                         )  **STIPULATED DISMISSAL and**
15 MICHAEL CHERTOFF, Secretary, et al.,  )  **[PROPOSED] ORDER**
                                         )
16                         Defendants.   )
                                         )
17

18      Plaintiff, by and through his attorneys of record, and Defendants, by and through their

19 attorneys of record, hereby stipulate, pursuant to Fed. R. Civ. P. 41(a), to dismissal of the above-

20 entitled action without prejudice in light of the fact that the United States Citizenship and

21 Immigration Services is now prepared to adjudicate Plaintiff's application for naturalization and

22 agrees to do so within 30 days of the dismissal of this action.

23 ///

24 ///

25 ///

26 ///

27 ///

28

STIPULATED DISMISSAL
No. C 08-0485 JW

The parties shall bear their own costs and fees.

Dated: March 12, 2008               Respectfully submitted,

JOSEPH P. RUSSONIELLO
United States Attorney


          /s/
MELANIE L. PROCTOR[1]
Assistant United States Attorney

Dated: March 12, 2008

          /s/
EDWARD R. LITWIN
CHRISTINA H. LEE
Attorneys for Plaintiff

**ORDER**

Pursuant to stipulation, IT IS SO ORDERED. The Court terminates all pending deadlines, hearings and motions. The Clerk shall close this file.

Date:   March 13, 2008
                                    JAMES WARE
                                    United States District Judge

---

[1] I, Melanie L. Proctor, hereby attest that I have on file all holograph signatures for any signatures indicated by a "conformed" signature (/S/) within this efiled document.

STIPULATED DISMISSAL
No. C 08-0485 JW                      2